WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beau John Greene,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Respondents. | No. CV-03-00605-TUC-JCH<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

Before the Court is the parties' joint motion to stay this Court's order of August 13, 2021, which granted conditional habeas relief. (Doc. 142; *see* Doc. 140.) Citing Federal Rule of Appellate Procedure 8(a)(1)(A), the parties seek to stay the order pending resolution of appeals in state court and the Ninth Circuit Court of Appeals. Good cause appearing,

**IT IS ORDERED** granting the motion (Doc. 142). The Court's order of August 13, 2021, is stayed pending the conclusion of appeals in state court and the Ninth Circuit.

Dated this 30th day of August, 2021.

Honorable John C. Hinderaker
United States District Judge